SUZETTE M. CHAISSON     *     NO. 2021-CA-0669

VERSUS     *     COURT OF APPEAL

PROGRESSIVE INSURANCE     *     FOURTH CIRCUIT
COMPANY, ZURICH
AMERICAN INSURANCE     *     STATE OF LOUISIANA
COMPANY, CRESCENT
CROWN DISTRIBUTING, LLC,     *
JOHNNY J. PARKER, JR., AND
GARRETT S. GILLEN, JR.     *

* * * * * * *

DNA     **ATKINS, J., CONCURS IN THE RESULT.**